# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morgan, Donna S. | U. S. District Court, Eastern District of Louisiana | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

500 Poydras St., Room C322
New Orleans, LA 70130

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Education Committee of the Louisiana Bar Foundation |
| 2. | Member of the Board of Directors | New Orleans Chapter of the Federal Bar Association |
| 3. | Member | Community Advisory Board for Le Petit Theatre |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | McGlinchey Stafford PLLC - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tarleton State University and Texas A&M School of Law | 10/16/19 - 10/18/19 | Fort Worth, TX | Conference | Travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Neighbors Federal Credit Union | A | Interest | J | T | | | | | |
| 2. Iberia Bank checking accounts | A | Interest | L | T | | | | | |
| 3. Apache Corp | | None | | | Buy (add'l) | 02/25/19 | J | | |
| 4. | | | | | Sold | 03/22/19 | J | | |
| 5. C V S Health Corp (formerly C V S Caremark Corp) | A | Int./Div. | K | T | Buy (add'l) | 01/28/19 | J | | |
| 6. | | | | | Buy (add'l) | 02/5/19 | J | | |
| 7. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 8. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 9. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 10. Sysco Corporation | A | Int./Div. | K | T | Buy (add'l) | 01/28/19 | J | | |
| 11. | | | | | Buy (add'l) | 04/29/19 | J | | |
| 12. | | | | | Buy (add'l) | 07/29/19 | J | | |
| 13. | | | | | Buy (add'l) | 10/28/19 | J | | |
| 14. Becton Dickinson & Co | A | Int./Div. | K | T | Buy (add'l) | 01/02/19 | J | | |
| 15. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 16. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 17. | | | | | Buy (add'l) | 10/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Bank of New York Mellon C | A | Int./Div. | K | T | Buy<br>(add'l) | 02/11/19 | J | | |
| 19. | | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 20. | | | | | | Buy<br>(add'l) | 08/12/19 | J | | |
| 21. | | | | | | Buy<br>(add'l) | 11/11/19 | J | | |
| 22. | Wells Fargo & Co New | | None | | | Sold | 01/22/19 | K | B | |
| 23. | A F L A C Inc | | None | | | Buy<br>(add'l) | 03/04/19 | J | | |
| 24. | | | | | | Buy<br>(add'l) | 06/04/19 | J | | |
| 25. | | | | | | Sold | 07/24/19 | K | D | |
| 26. | Visa Inc Class A | A | Int./Div. | K | T | Buy<br>(add'l) | 03/06/19 | J | | |
| 27. | | | | | | Buy<br>(add'l) | 06/05/19 | J | | |
| 28. | | | | | | Sold<br>(part) | 07/24/19 | J | D | |
| 29. | | | | | | Buy<br>(add'l) | 09/04/19 | J | | |
| 30. | | | | | | Buy<br>(add'l) | 12/04/19 | J | | |
| 31. | Cognizant Tech Sol Cl A | A | Int./Div. | K | T | Buy<br>(add'l) | 03/01/19 | J | | |
| 32. | | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 33. | | | | | | Buy<br>(add'l) | 09/03/19 | J | | |
| 34. | | | | | | Buy<br>(add'l) | 12/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 35. Oracle Corporation | A | Int./Div. | K | T | Buy (add'l) | 01/31/19 | J | | |
| 36. | | | | | Buy (add'l) | 04/26/19 | J | | |
| 37. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 38. | | | | | Buy (add'l) | 10/25/19 | J | | |
| 39. A T & T New | A | Int./Div. | J | T | Buy (add'l) | 02/04/19 | J | | |
| 40. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 41. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 42. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 43. Entergy Corp New | | None | | | Sold | 01/11/19 | J | C | |
| 44. Discover Bank CD | B | Int./Div. | L | T | | | | | |
| 45. GE Cap Retail Bank | | None | | | Sold | 12/06/19 | J | | |
| 46. CIT Bank CD | A | Int./Div. | K | T | | | | | |
| 47. Schwab Govt Money Fund | | None | | | Closed | 01/01/19 | J | | |
| 48. Schwab Bank Deposit Account (formerly Schwab Money Market Fund) | A | Interest | L | T | | | | | |
| 49. Nucor Corp | A | Int./Div. | J | T | | | | | |
| 50. Pepsico Incorporated | A | Int./Div. | K | T | Buy (add'l) | 01/08/19 | J | | |
| 51. | | | | | Buy (add'l) | 04/01/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 05/01/19 | J | A | |
| 53. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 54. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 55.  Berkshire Hathaway Cl B | | None | K | T | | | | | |
| 56.  Apple Computer Inc. | A | Int./Div. | K | T | | | | | |
| 57.  Vodafone Group Plc | A | Int./Div. | J | T | | | | | |
| 58.  Kinder Morgan Inc. | B | Int./Div. | K | T | Buy (add'l) | 01/28/19 | J | | |
| 59. | | | | | Buy (add'l) | 01/19/19 | J | | |
| 60. | | | | | Buy (add'l) | 05/16/19 | J | | |
| 61. | | | | | Sold (part) | 07/24/19 | J | A | |
| 62. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 63. | | | | | Buy (add'l) | 11/18/19 | J | | |
| 64.  United Technologies Corp | | None | | | Buy (add'l) | 03/12/19 | J | | |
| 65. | | | | | Buy (add'l) | 06/11/19 | J | | |
| 66. | | | | | Sold | 07/24/19 | K | C | |
| 67.  TJX Cos Inc | A | Int./Div. | K | T | Buy (add'l) | 03/08/19 | J | | |
| 68. | | | | | Buy (add'l) | 06/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 07/24/19 | J | C | |
| 70. | | | | | Buy (add'l) | 09/06/19 | J | | |
| 71. | | | | | Buy (add'l) | 12/06/19 | J | | |
| 72.  Amgen Incorporated | A | Int./Div. | K | T | Buy (add'l) | 03/11/19 | J | | |
| 73. | | | | | Buy (add'l) | 06/10/19 | J | | |
| 74. | | | | | Buy (add'l) | 09/09/19 | J | | |
| 75. | | | | | Buy (add'l) | 12/09/19 | J | | |
| 76.  PNC Finl Services Gp Inc | A | Int./Div. | K | T | | | | | |
| 77.  UPS of America | B | Int./Div. | K | T | | | | | |
| 78.  Boeing Company | B | Int./Div. | K | T | | | | | |
| 79.  Goldman Sachs Bank CD | C | Int./Div. | M | T | Buy (add'l) | 03/29/19 | K | | |
| 80. | | | | | Sold (part) | 05/21/19 | J | A | |
| 81. | | | | | Sold (part) | 11/08/19 | J | | |
| 82.  GE Capital Bank CD | A | Int./Div. | K | T | | | | | |
| 83.  Toronto Dominion Bank | A | Int./Div. | K | T | | | | | |
| 84.  Emerson Electric Co | A | Int./Div. | K | T | Buy (add'l) | 03/12/19 | J | | |
| 85. | | | | | Buy (add'l) | 06/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 09/11/19 | J | | |
| 87. | | | | | Buy (add'l) | 12/11/19 | J | | |
| 88.    Genuine Parts Co. | | None | | | Buy (add'l) | 01/03/19 | J | | |
| 89. | | | | | Buy (add'l) | 04/02/19 | J | | |
| 90. | | | | | Buy (add'l) | 07/02/19 | J | | |
| 91. | | | | | Sold | 07/24/19 | K | B | |
| 92.    Procter & Gamble Co | B | Int./Div. | K | T | Buy (add'l) | 02/19/19 | J | | |
| 93. | | | | | Buy (add'l) | 05/16/19 | J | | |
| 94. | | | | | Sold (part) | 07/24/19 | J | B | |
| 95. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 96. | | | | | Buy (add'l) | 11/18/19 | J | | |
| 97.    Johnson & Johnson | A | Int./Div. | K | T | Buy (add'l) | 03/13/19 | J | | |
| 98. | | | | | Buy (add'l) | 06/12/19 | J | | |
| 99. | | | | | Buy (add'l) | 09/11/19 | J | | |
| 100. | | | | | Buy (add'l) | 12/11/19 | J | | |
| 101.  VF Corporation | A | Int./Div. | K | T | Buy (add'l) | 03/19/19 | J | | |
| 102. | | | | | Buy (add'l) | 06/21/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 07/24/19 | J | B | |
| 104. | | | | | Buy (add'l) | 09/23/19 | J | | |
| 105. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 106. Johnson Controls plc | | None | | | Sold | 10/01/19 | K | | |
| 107. Western Digital Corp | | None | | | Buy (add'l) | 01/15/19 | J | | |
| 108. | | | | | Sold | 02/11/19 | K | | |
| 109. Alliance Data Systems | A | Int./Div. | J | T | Buy (add'l) | 01/28/19 | J | | |
| 110. | | | | | Buy (add'l) | 03/20/19 | J | | |
| 111. | | | | | Buy (add'l) | 06/19/19 | J | | |
| 112. | | | | | Sold (part) | 07/24/19 | J | | |
| 113. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 114. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 115. Service Proper Com (Previously Hospitality Pptys TRUST) | A | Int./Div. | J | T | Buy (add'l) | 02/22/19 | J | | |
| 116. | | | | | Buy (add'l) | 05/17/19 | J | | |
| 117. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 118. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 119. Whirlpool Corp | A | Int./Div. | K | T | Buy (add'l) | 03/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 06/18/19 | J | | |
| 121. | | | | | Sold (part) | 07/24/19 | J | | |
| 122. | | | | | Buy (add'l) | 09/17/19 | J | | |
| 123. | | | | | Buy (add'l) | 12/17/19 | J | | |
| 124. Expeditors Intl of WA Inc. | A | Int./Div. | K | T | | | | | |
| 125. Community Trust CD | A | Int./Div. | K | T | | | | | |
| 126. Smucker J. M. Co New | | None | | | Buy (add'l) | 03/04/19 | J | | |
| 127. | | | | | Buy (add'l) | 06/04/19 | J | | |
| 128. | | | | | Sold (part) | 09/03/19 | K | | |
| 129. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 130. | | | | | Sold | 09/05/19 | J | | |
| 131. Celgene Corp | | None | | | Sold | 11/22/19 | K | A | |
| 132. Verizon Communications | A | Int./Div. | J | T | Buy (add'l) | 02/04/19 | J | | |
| 133. | | | | | Buy (add'l) | 05/02/19 | J | | |
| 134. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 135. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 136. Altria Group Inc. | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Adobe Systems Inc. | A | Int./Div. | K | T | | | | | |
| 138.  Exxon Mobil Corporation | A | Int./Div. | K | T | Buy<br>(add'l) | 01/28/19 | J | | |
| 139. | | | | | Buy<br>(add'l) | 03/12/19 | J | | |
| 140. | | | | | Buy<br>(add'l) | 06/11/19 | J | | |
| 141. | | | | | Buy<br>(add'l) | 09/11/19 | J | | |
| 142. | | | | | Buy<br>(add'l) | 12/11/19 | J | | |
| 143.  Compass Minerals Intl | | None | | | Sold | 02/12/19 | J | | |
| 144.  Air Prod & Chemicals Inc | A | Int./Div. | J | T | Buy<br>(add'l) | 02/12/19 | J | | |
| 145. | | | | | Buy<br>(add'l) | 05/14/19 | J | | |
| 146. | | | | | Sold<br>(part) | 06/18/19 | J | A | |
| 147. | | | | | Buy<br>(add'l) | 08/13/19 | J | | |
| 148. | | | | | Buy<br>(add'l) | 11/13/19 | J | | |
| 149. | | | | | Sold<br>(part) | 11/15/19 | J | B | |
| 150.  FedEx Corporation | A | Int./Div. | J | T | Buy<br>(add'l) | 01/03/19 | J | | |
| 151. | | | | | Buy<br>(add'l) | 04/02/19 | J | | |
| 152. | | | | | Buy<br>(add'l) | 07/09/19 | J | | |
| 153. | | | | | Buy<br>(add'l) | 10/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Nike Inc Class B | A | Int./Div. | K | T | Buy<br>(add'l) | 01/03/19 | J | | |
| 155. | | | | | Sold<br>(part) | 03/20/19 | J | C | |
| 156. | | | | | Buy<br>(add'l) | 04/02/19 | J | | |
| 157. | | | | | Buy<br>(add'l) | 07/02/19 | J | | |
| 158. | | | | | Sold<br>(part) | 07/24/19 | J | B | |
| 159. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 160. Disney Walt Co | A | Int./Div. | K | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 161. | | | | | Sold<br>(part) | 07/24/19 | J | C | |
| 162. | | | | | Buy<br>(add'l) | 07/26/19 | J | | |
| 163. Hanesbrands Inc. | | None | | | Sold | 02/11/19 | K | | |
| 164. Pfizer Incorporated | A | Int./Div. | K | T | Buy<br>(add'l) | 03/04/19 | J | | |
| 165. | | | | | Buy<br>(add'l) | 06/10/19 | J | | |
| 166. | | | | | Sold<br>(part) | 07/24/19 | J | A | |
| 167. | | | | | Buy<br>(add'l) | 09/04/19 | J | | |
| 168. | | | | | Buy<br>(add'l) | 12/03/19 | J | | |
| 169. Roche Hldg Ltd Spon Adrf | A | Int./Div. | K | T | | | | | |
| 170. Sabre Corporation | A | Int./Div. | K | T | Buy<br>(add'l) | 04/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 172. | | | | | Sold<br>(part) | 07/24/19 | J | A | |
| 173. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 174. | | | | | Buy<br>(add'l) | 12/31/19 | J | | |
| 175.  Nrtn Sts Pwr Co | B | Int./Div. | K | T | | | | | |
| 176.  Blackrock Inc. | A | Int./Div. | K | T | Buy<br>(add'l) | 01/28/19 | J | | |
| 177. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 178. | | | | | Buy<br>(add'l) | 06/21/19 | J | | |
| 179. | | | | | Sold<br>(part) | 07/24/19 | J | | |
| 180. | | | | | Buy<br>(add'l) | 09/25/19 | J | | |
| 181. | | | | | Buy<br>(add'l) | 12/24/19 | J | | |
| 182.  Schwab Value Advantage | B | Int./Div. | M | T | Sold<br>(part) | 01/28/19 | L | | |
| 183. | | | | | Sold<br>(part) | 01/30/19 | J | | |
| 184. | | | | | Sold<br>(part) | 03/29/19 | K | | |
| 185. | | | | | Buy<br>(add'l) | 06/27/19 | K | | |
| 186. | | | | | Buy<br>(add'l) | 08/29/19 | M | | |
| 187. | | | | | Sold<br>(part) | 10/25/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold<br>(part) | 11/26/19 | K | | |
| 189. | | | | | Sold<br>(part) | 11/27/19 | L | | |
| 190.   Intel Corp | A | Int./Div. | K | T | Buy<br>(add'l) | 03/04/19 | J | | |
| 191. | | | | | Buy<br>(add'l) | 06/04/19 | J | | |
| 192. | | | | | Buy<br>(add'l) | 09/04/19 | J | | |
| 193. | | | | | Buy<br>(add'l) | 12/03/19 | J | | |
| 194.   Cummins Inc. | A | Int./Div. | K | T | Buy<br>(add'l) | 03/08/19 | J | | |
| 195. | | | | | Buy<br>(add'l) | 06/06/19 | J | | |
| 196. | | | | | Sold<br>(part) | 07/24/19 | J | A | |
| 197. | | | | | Buy<br>(add'l) | 09/04/19 | J | | |
| 198. | | | | | Buy<br>(add'l) | 12/04/19 | J | | |
| 199.   Starbucks Corp | A | Int./Div. | K | T | Buy<br>(add'l) | 02/25/19 | J | | |
| 200. | | | | | Buy<br>(add'l) | 05/28/19 | J | | |
| 201. | | | | | Sold<br>(part) | 07/24/19 | J | C | |
| 202. | | | | | Buy<br>(add'l) | 08/26/19 | J | | |
| 203. | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 204.   Facebook Inc Class A | | None | K | T | Buy<br>(add'l) | 01/28/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 07/24/19 | J | A | |
| 206. Duke Energy Corp | A | Int./Div. | J | T | Buy (add'l) | 03/19/19 | J | | |
| 207. | | | | | Buy (add'l) | 06/18/19 | J | | |
| 208. | | | | | Buy (add'l) | 09/17/19 | J | | |
| 209. | | | | | Buy (add'l) | 12/17/19 | J | | |
| 210. Honeywell Intl Inc. | A | Int./Div. | K | T | | | | | |
| 211. Cigna | A | Int./Div. | J | T | Buy (add'l) | 04/11/19 | J | | |
| 212. Cisco Systems Inc. | A | Int./Div. | K | T | | | | | |
| 213. Bristol - Myers Squibb Co | A | Int./Div. | J | T | Buy | 11/22/19 | J | | |
| 214. Bristol - Myers Squibb Rights | | None | J | T | Buy | 11/22/19 | J | | |
| 215. Bank of America Corp | A | Int./Div. | K | T | Buy | 01/28/19 | K | | |
| 216. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 217. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 218. | | | | | Buy (add'l) | 09/30/19 | J | | |
| 219. | | | | | Buy (add'l) | 12/30/19 | J | | |
| 220. Microchip Technology Inc. | A | Int./Div. | K | T | Buy | 01/30/19 | K | | |
| 221. | | | | | Buy (add'l) | 03/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Buy (add'l) | 06/05/19 | J | | |
| 223. | | | | | Sold (part) | 07/24/19 | J | A | |
| 224. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 225. | | | | | Buy (add'l) | 12/06/19 | J | | |
| 226. Dominion Energy Inc. | A | Int./Div. | J | T | Buy | 01/11/19 | J | | |
| 227. | | | | | Buy (add'l) | 01/28/19 | J | | |
| 228. BB&T Corp | B | Interest | K | T | Buy | 11/27/19 | K | | |
| 229. Wells Fargo & Co | A | Interest | K | T | Buy | 03/29/19 | K | | |
| 230. Sumitomo Mitsui Financial | B | Interest | K | T | Buy | 11/27/19 | K | | |
| 231. US Treasury Tips | A | Int./Div. | L | T | Buy | 11/21/19 | L | | |
| 232. Kontoor Brands Inc (X) | | None | | | Sold (part) | 05/22/19 | J | | |
| 233. | | | | | Sold | 07/24/19 | J | A | |
| 234. | | | | | | | | | |
| 235. | | | | | | | | | |
| 236. | | | | | | | | | |
| 237. | | | | | | | | | |
| 238. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | | | | | |
| 240. | | | | | | | | | |
| 241. | | | | | | | | | |
| 242. | | | | | | | | | |
| 243. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 101 and 232:


VF Corporation completed separation of Kontoor Brands, Inc.  The separation was achieved through the distribution to VF Corporation's shareholders of one share of Kontoor Brands common stock for every seven shares of VF Corporation stock held at the close of business on the record date of 5/10/19.

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Donna S.** | 05/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donna S. Morgan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544